UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-21743-LEIBOWITZ

ARANTZA CASTRO,

     *Plaintiff*,

v.

BLO BLOW DRY BAR INC.,

     *Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 7].  Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** *with prejudice*.  The Court shall retain jurisdiction to enforce the terms of the settlement agreement.  Each party shall bear its own attorneys' fees and costs.  The *Clerk of Court* is *directed* to **CLOSE** this case.  All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on May 6, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record